**UNIVERSAL LIFE CHURCH, INC., Plaintiff–Appellant,**

v.

**UNITED STATES of America; David Eichel, Revenue Agent, Internal Revenue Service, Defendants–Appellees.**

**No. 91–15812.**

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 1992 *.

Decided June 3, 1992.

Edward O.C. Ord, Ord & Norman, San Francisco, Cal., for plaintiff-appellant.

Gary R. Allen, William S. Estabrook, and Joel A. Rabinovitz, U.S. Dept. of Justice, Tax Div., Washington, D.C., for defendants-appellees.

Before: HUG, SKOPIL, and RYMER, Circuit Judges.

**ORDER**

The judgment of the district court, affirming the decision of the bankruptcy court, is affirmed for the reasons stated in its opinion, *Universal Life Church, Inc. v. IRS (In re Universal Life Church, Inc.)*, 127 B.R. 453 (E.D.Cal.1991).

AFFIRMED.